IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JOHNNY LOTT WILLIAMS,

          Petitioner,

v.                                                CIVIL ACTION NO. 5:04-1084
                                                Criminal Action No. 5:02-00115

UNITED STATES OF AMERICA,

          Respondent.

**ORDER**

      This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny the Petition, dismiss this matter with prejudice and remove this matter from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** the Petition, **DISMISSES** this matter with prejudice and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendation.

      The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented parties.

                                      ENTER:      October 25, 2007

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE